IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00090-DFL |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| KENNETH CERVELLIN, and RONALD CERVELLIN, | |
| Defendants. | |

Good cause appearing, and according to Local Rule, Appendix A(f)(1), this case has been reassigned to District Judge Morrison C. England for all further proceedings.

Henceforth, the parties shall please take note that all documents in this reassigned case hereafter filed with the Clerk of the Court shall bear case number Cr. S-07-00090-MCE.

IT IS FURTHER ORDERED that all dates presently set before be vacated from his calendar.

///

///

1     IT IS ALSO ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4     IT IS SO ORDERED.
5
6 DATED: April 25, 2007

                          /s/ David F. Levi
7                           DAVID F. LEVI
                          United States District Judge
8
9
10     Having reviewed the file, I accept assignment of this
11 case for all further proceedings.
12
13 Dated: May 2, 2007
14
15                           MORRISON C. ENGLAND, JR.
16                           UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26