PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:07CR00090-02** |
| ) | |
| **RONALD CERVELLIN** ) | |
| ) | |

On January 31, 2008, the above-named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**Senior United States Probation Officer**

Dated:   September 30, 2010
            Sacramento, California
            GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                              **KYRIACOS M. SIMONIDIS**
                              **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Ronald CERVELLIN
        Docket Number:   2:07CR00090-02
        ORDER TERMINATING PROBATION
        PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Dated: October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:     United States Attorney's Office